**O. D. Jennings & Company, appellant, v. Chicago Slot Machine Exchange, Inc., et al., appellees. Gen. No. 31,291.**

Bill to enjoin defendants from libeling complainant and the commodities it sells. Bill dismissed for lack of equity. Appeal from the

Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

Everett Jennings, J. U. Sammis and Hayden N. Bell, for appellant. West & Eckhart, for appellees.

Mr. Justice Holdom delivered the opinion of the court.